IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WAYNE CLYDE RIVERS, | § |
| Plaintiff, | § |
| VS. | § Civil Action No. 3:06-CV-1128-D |
| DET. JONATHAN GRAYBILL, et al., | § |
| Defendants. | § |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the January 2, 2008 reports and recommendations of the magistrate judge, the court concludes that the recommendations are correct and are therefore adopted. Accordingly, the following motions are granted: defendant David Kunkle's October 15, 2007 motion for summary judgment, defendant Finnis H. Smith's October 15, 2007 motion for summary judgment, and Kenneth Seguin's October 15, 2007 motion for summary judgment. By judgment filed today, the actions against these defendants are dismissed with prejudice.

**SO ORDERED**.

February 28, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE